## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| DIRECTSTREAM, LLC and | ) | Bankruptcy Case No.: 20-10534-MFW |
| DIRECTSTREAM FEDERAL, LLC, | ) | Bankr BAP No. 26-0016 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| DENIS A. KRUSOS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-348-CFC |
| | ) | |
| DON A. BESKRONE, As Chapter 7 Trustee, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## ORDER

At Wilmington, Delaware, this **1st day of May 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved

through mediation;

WHEREAS based upon the arguments presented by the parties, the Court finds it

unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed within 30 days of the date on which an order approving a briefing schedule is entered.

2. Appellee's Answering Brief shall be filed within 30 days of the filing of the opening brief.

3. Appellant's Reply Brief shall be filed within 15 days of the filing of the answering brief.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE