IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| DIRECTSTREAM, LLC and | ) Bankr. Case No. 20-10534-MFW |
| DIRECTSTREAM FEDERAL, LLC, | ) Bankr. BAP No. 26-0016 |
| | ) |
| Debtors. | ) |
| _____ | ) |
| DENIS A. KRUSOS, | ) |
| | ) Civil Action No. 26-348-CFC |
| Appellant, | ) |
| | ) |
| v. | ) |
| DON A. BESKRONE, As Chapter 7 | ) |
| Trustee, | ) |
| | ) |
| Appellee. | ) |

## ORDER

At Wilmington on this ⁴⁄ᵗʰ day of May in 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **June 3, 2026**.

2. Appellee's brief in opposition to the appeal is due on or before

**July 6, 2026**.

3.  Appellant's reply brief is due on or before **July 21, 2026**.

_____
Chief Judge

2